MONA BENITA BROWN
1191 MACEDONIA CHURCH RD
GLOSTER, MS 39638

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

1ST FRANKLIN
1200 LASALLE ST STE 8
MC COMB, MS 39648

ADVANCE FINANCIAL
100 OCEANSIDE DRIVE
NASHVILLE, TN 37204

BLUE FROG LOANS
P.O. BOX 725
FENTON, MO 63026

BRIGHT LENDING
PO BOX 578
HAYS, MT 59527

CASH COW
2241 HWY 80
JACKSON, MS 39204

CC BANK
ATTN: BANKRUPTCY
1835 W. STATE STREET
PLEASANT GROVE, UT 84062

CHIME
ATTN: BANKRUPTCY
101 CALIFORNIA ST
STE 500
SAN FRANCISCO, CA 94111

COMMUNITY CHOICE
4842 PLAZA DR
TYLERTOWN, MS 39667

ENABLE LOANS
P.O. BOX 70
SOLON, IA 52333

FLEXIBLE LOAN
PO BOX 4102
CLEARLAKE, CA 95422

GOOD LEAP
8781 SIERRA COLLEGE
BLVD
ROSEVILLE, CA 95661

LEND NATION
749 BEULAH DR
TYLERTOWN, MS 39667

LENDMARK FINANCIAL SER
2118 USHER ST.
COVINGTON, GA 30014

LOCKHART MORRIS & MONT
ATTN: BANKRUPTCY DEPT
1401 N CENTRAL EXPY
STE 225
RICHARDSON, TX 75080

MAGNOLIA STATE FINANCE
1515 BEULAH AVE
TYLERTOWN, MS 39667

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

ONEPAY
ONE FINANCE, INC.
P.O. BOX 513717
LOS ANGELES, CA 90051

PELICAN STATE CU
ATTN: BANKRUPTCY DEPT
450 N LOBDELL BLVD
BATON ROUGE, LA 70816

PLAIN GREEN LOAN
ATTN: CUSTOMER SUPPORT
PO BOX 270
BOX ELDER, MT 59521

SECURITY FINANCE
ATTN: BANKRUPTCY
PO BOX 3146
SPARTANBURG, SC 29304

SOUTHERN FINANCE
811 C DELAWARE AVE
MCCOMB, MS 39648

TOWER LOAN
101 NORTHGATE RD
NATCHEZ, MS 39120

TRUSTMARK
162 E MAIN ST
GLOSTER, MS 39638

WORLD FINANCE CORP
P.O.BOX 6429
GREENVILLE, SC 29606